# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**DENNIS MICHAEL EVANS**                                                      **PLAINTIFF**

**V.**                                 **1:18-cv-00096-BRW**

**STAN HANEY,** *ET AL.*                                                    **DEFENDANTS**

## ORDER

On December 19, 2018, I directed Plaintiff to file an amended complaint by January 18, 2019.[1] No amended complaint was ever filed. Accordingly, this case is DISMISSED, without prejudice, for failure to prosecute.

IT IS SO ORDERED this 1st day of October, 2019.

                                                                             /s/ Billy Roy Wilson
                                                                          UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 3.

1